# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenneth Tidwell ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-256

Shriji Hospitality Airport, LLC ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2011 Order.

                                                       Signed: June 1, 2011

                                                       Frank G. Johns, Clerk
                                                       United States District Court